# Exhibit A

FD-302 (Rev. 5-8-10)

-1 of 3-

**OFFICIAL RECORD**
Document participants have digitally signed.
All signatures have been verified by a
certified FBI information system.

UNCLASSIFIED//FOUO

## FEDERAL BUREAU OF INVESTIGATION

Date of entry   09/23/2020

    Yakli Orozco-Perez (Orozco), date of birth (DOB) June 16, 1993, was interviewed via a Zoom conference video in presence of his Defense Counsel Andrew Shein, at the office of Andrew Shein, located in Tampa, Florida. Also present during the interview was DEA Special Agent Daniel McCaffrey and Federally Certified Interpreter Gabriela Loncar. After being advised of the identity of the interviewing Agents and review of the proffer agreement, Orozco acknowledged his understanding of the proffer agreement and provided the following information:

    Elvin Rojas-Siles (Rojas), who Orozco did not know previously, waited at the panga with a second unidentified male (UIM2). At approximately 9:00

UNCLASSIFIED//FOUO

Investigation on  09/16/2020  at  Tampa, Florida, United States (, Other (Zoom interview))

File #  245B-TP-2159487-20200808SFGV                    Date drafted  09/17/2020

by  VASSALLO DESIREE N

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

245B-TP-2159487-20200808SFGV

Continuation of FD-302 of  (U) Proffer interview of Yakli Orozco-Perez ,On 09/16/2020 ,Page 2 of 3

p.m., _____ departed on the boat that transported Orozco to the panga, whilst Orozco and Rojas used the panga to travel towards Buenaventura. Orozco understood that Rojas was the master/captain of the panga. Rojas was not proficient with a GPS device, so Orozco took over the use of GPS until they stopped for the night in the area of Buenaventura, Colombia.

Once in the Buenaventura area, two additional boats met with Orozco and Rojas. One of these boats had four people on board and the other boat had two or three people on board (NFI). Orozco and Rojas boarded the boat loaded with four people and traveled to a nearby house "in the jungle." Both men remained inside the house for approximately two weeks, with food and supplies brought to them by unidentified persons. Orozco and Rojas did not leave the house because they were "light skinned" and would stand out amongst the other people in the area. After approximately two weeks in the house, an unidentified male took Orozco and Rojas via boat to a location approximately ten minutes away. When they arrived Orozco saw a boat with "sacks" loaded near the bow of the vessel, and met the third crew member for the venture, Yason Moreno-Gomez (Moreno). Orozco understood the "sacks" on board the boat contained narcotics but did not know the type or quantity of the drugs inside the "sacks."

Orozco, Rojas, and Moreno boarded the drug laden boat with Rojas as the Master/Captain of the vessel. Orozco still had control of the GPS device, which was pre-programmed with six way points, the last point located approximately 30 miles from their final destination. They then headed out towards the first way point. There were no other electronic devices on board the boat, but when they reached the final way point, they expected to meet up with a boat with flashing lights (NFI).

On or around August 8,2020, an unknown deep sea fishing vessel chased the boat with Orozco on board and began shooting at the vessel and crew. Orozco, Rojas, and Moreno managed to outrun the fishing vessel without taking any damage. Approximately 20 minutes later, the USCG made contact and interdicted the boat with Orozco, Rojas, Moreno, and the narcotics on board. The crew did not throw anything overboard during the venture, even when they observed the USCG Cutter. The USCG interdicted the boat with Orozco, Rojas, and Moreno on board, approximately three nights after their departure from

UNCLASSIFIED//FOUO

245B-TP-2159487-20200808SFGV

Continuation of FD-302 of (U) Proffer interview of Yakli Orozco-Perez , On 09/16/2020 , Page 3 of 3

the Buenaventura area.

Orozco had several possessions on his person at the time the USCG took him into custody:

- A Garmin GPS device

UNCLASSIFIED//FOUO

FD-302 (Rev. 5-8-10)



**FEDERAL BUREAU OF INVESTIGATION**

Date of entry _____01/05/2021_____

    Elvin Rojas-Siles (Rojas), date of birth November 10, 1993, was interviewed via telephone from the Citrus County Detention Facility. Participants in the telephonic interview included Rojas, Defense Counsel Sara Mieczkowski, Defense Investigator/Translator Liliana Espinosa, HSI Special Agent (SA) Ivan Garcia, and FBI SA Désirée Vassallo. After being advised of the identity of the interviewing Agents and the nature of the proffer interview, Rojas provided the following information:

    On or around July 14, 2020, Rojas was working as a fisherman near Tortuguero, Costa Rica when a Costa Rican man, AKA Pulga, approached him and offered him a job on a maritime narcotics venture. AKA Pulga offered Rojas $60,000 to be the captain onboard a vessel that would travel round trip from Costa Rica to Colombia and back. Rojas accepted the offer and provided his phone number to AKA Pulga which was passed along to the organizer of the venture, AKA Cacha.

    On or around July 16, 2020, AKA Cacha called Rojas and informed him someone would come to pick him up in a few days. Several days later, an unidentified male in a Toyota Yaris picked up Rojas on Embaco Road, near Punta Reyna and drove him to a house owned by AKA Cacha. The house was located off of a rock/gravel road approximately one kilometer north of Cortes Park and was "humble" in appearance. It was single story, white in color (dirty), with a almond trees in the yard, a patio, and a number of fighting cocks in the backyard. There was a Toyota Hi-Lux 4x4 truck parked in the driveway. AKA Cacha, his wife, children, son in laws, and at least four other men, including Rojas' co-defendant "Javier," were all inside the home (Agent Note: Interviewing Agents understood "Javier" to be Yakli Javier Orozco-Perez). Javier told Rojas he knew AKA Cacha through a mutual friend. AKA Cacha was a Costa Rican male in his late thirties, approximately 1 meter 72 centimeters tall (5'7"), white skin, blue eyes, big belly/fat, had no tattoos, was clean shaven, with very short hair.

Investigation on __12/09/2020__ at __Tampa, Florida, United States (Phone)__

File # __245B-TP-2159487-20200808SFGV__  Date drafted __01/05/2021__

by __VASSALLO DESIREE N__

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

Rojas spent approximately two days in the house, during which AKA Cacha gave him a $5,000 advance for the venture. Rojas asked AKA Cacha to send $1,500 of the advance to his girlfriend, Brenda Chavarria (Chavarria), in Colombia. AKA Cacha wired the money to Chavarria via Banco Nacional de Costa Rica in Limon, on or around July 28, 2020. Rojas spent the remaining $3,500 himself.

On or around July 27th, Rojas and AKA Cacha used the Toyota Hi-Lux truck to pick up 14 or 15 barrels of fuel and head towards two boats located approximately 30 minutes away from AKA Cacha's house. AKA Cacha, Rojas, Javier, AKA Chupepo, and two other unidentified males, were all waiting with the two boats. AKA Cacha gave Rojas a GPS, a notebook with geo-coordinates, and a satellite phone with preprogrammed phone numbers, to use during the venture. Rojas provided the GPS and coordinates to Javier as he was in charge of navigation. AKA purchased the geo-coordinates from a Costa Rican male known as "La Ley" (The Law) for $1,000. La Ley appeared to have more authority than Rojas, had a knowledge of maritime "traffic," and was rumored to be a Costa Rican Police Officer. La Ley was approximately 36 years old, with dark skin, slim features, weighed approximately 74 kilograms (163 lbs), with "big eyes."

At approximately 8:00 p.m., the men all boarded the boats and departed. After traveling approximately three miles, everyone except for Rojas and Javier moved from the boat loaded with fuel barrels to the second boat. Rojas and Javier continued on their route towards Colombia, before their arrival three days later at "La Boca" (The mouth). "La Boca" was located near La Bocana, through the Rio Naya in Buenaventura, Colombia. Rojas and Javier waited on the boat approximately 7 miles offshore, where they expected to meet their counterparts in Colombia, but no one showed up to meet them. Rojas used the satellite phone to call AKA Cacha for further instructions. AKA Cacha contacted his associates in Colombia and instructed them to meet Rojas at the boat. Some time later, AKA Negro and several unidentified males met Rojas and Javier at the boat.

AKA Negro and the unidentified males brought Rojas and Javier to a house located near sugarcane fields. Rojas and Javier spent three or four days inside the house, along with a "Lady," who cooked their meals, AKA Negro, and unidentified males in camouflage clothing who checked on Rojas and Javier. The men in camouflage carried M-16 style rifles along with pistols

245B-TP-2159487-20200808SFGV

Continuation of FD-302 of (U) Proffer interview of Elvin Rojas-Siles, On 12/09/2020, Page 3 of 3

and may have been "guerillas." After the three or four days, Rojas and Javier were transported back to same boat in which they arrived. Rojas noted repairs were made to one of the engines on the boat. The boat was loaded with approximately 500 kilograms of cocaine and approximately 200 pounds of marijuana. Rojas was unaware cocaine would be included with the marijuana and would have charged $90,000 instead of $60,000, had he known in advance.

On or around August 3, 2020, Rojas, Javier, and the load guard AKA Calbinche, all boarded the loaded boat and departed for Costa Rica. Rojas and Javier still had the satellite phone, GPS, and the notebook with geo-coordinates provided by AKA Cacha. After approximately three days and nights on the water, they were approximately 30 to 40 miles away from their final geo-coordinate when an unidentified boat began shooting at their boat. Rojas was able to use his boat to outrun the "pirates" and no one was injured during the incident. Rojas was supposed to meet AKA Cacha approximately 25 miles off the Costa Rican shore, but approximately 10 miles away from the shooting incident, Rojas and his crew were interdicted by the United States Coast Guard.

